### PETER DRISCOLL *v.* TOWN OF WINCHESTER
### (6103)

BORDEN, DALY and NORCOTT, Js.

Submitted on briefs May 9—decision released May 19, 1988

*Robert Nastri, Jr.,* filed a brief for the appellant (defendant).

*Richard A. Wallace* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.

### PATRICK E. HUGHES *v.* ALICE F. HUGHES
### (5872)

O'CONNELL, STOUGHTON and FOTI, Js.

Argued May 18—decision released May 24, 1988

*Reuben S. Midler,* for the appellant (plaintiff).

*Dianne M. Andersen,* with whom, on the brief, was *Melissa A. Grauel,* for the appellee (defendant).

PER CURIAM. There is no error.